UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE CANO YORRO,

                    Plaintiff,

-against-

THE FEDERAL TRADING COMM., et al.,

                    Defendants.

1:22-CV-6053 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      To proceed with a civil action in this court, a plaintiff must either pay a total of $402 in fees – a $350 filing fee plus a $52 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a completed and signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff has paid only the $52 administrative fee, and she has not submitted an IFP application. The Court therefore directs the Clerk of Court to refund to Plaintiff the $52 administrative fee that she has paid. The Court also directs Plaintiff, within 30 days of the date of this order, to either pay a total $402 in fees or complete, sign, and submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 1:22-CV-6053 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1).

      No summons shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk of Court. If Plaintiff fails to comply with this order within the time allowed, this action will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 29, 2022
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge