UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE CANO YORRO,<br><br>                        Plaintiff,<br><br>    -against-<br><br>THE FEDERAL TRADING COMM., ET AL.,<br><br>                        Defendants. | 1:22-CV-6053 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 4, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 4, 2022
          New York, New York

                                                        /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                      Chief United States District Judge